# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DWAYNE BROWN, JR.**                                                                 **PLAINTIFF**

v.                          No. 4:23-cv-00657-ERE

**SOCIAL SECURITY ADMINSITRATION**                                      **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 29 December 2023.

_____
UNITED STATES MAGISTRATE JUDGE