## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DWAYNE BROWN, JR.**                                             **PLAINTIFF**

**v.**                          **No. 4:23-cv-00657-ERE**

**SOCIAL SECURITY ADMINSITRATION**                      **DEFENDANT**

### ORDER

Pending before the Court is Plaintiff Dwayne Brown, Jr.'s unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") requesting a total award of **$6,954.60** ($6,552.60 in fees and $402 in costs). *Doc. 20.* Plaintiff is entitled to an award of attorney's fees and costs, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 20*) is GRANTED. Plaintiff is awarded **$6,954.60** in attorney's fees under the EAJA.[1]

So Ordered 11 March 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.